# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: ADOPTION OF C.E.-M.J., A MINOR

PETITION OF: S.A.J., FATHER

: No. 895 MAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:

IN RE: ADOPTION OF F.N.J., A MINOR

PETITION OF: S.A.J., FATHER

: No. 896 MAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court

IN RE: ADOPTION OF J.M.J., A MINOR

PETITION OF: S.A.J., FATHER

: No. 897 MAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.